In the Matter of May E. Gallant, Appellant, v. Commissioner and Acting Commissioner of Education of the State of New York et al., Respondents.—

634

Present —
Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.